NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHRISTOPHER LEE DUNCAN,          )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D18-176
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
                                 )
_____)

Opinion filed April 3, 2019.

Appeal from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katie Salemi Ashby,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.

CASANUEVA, MORRIS, and BLACK, JJ., Concur.